UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TARRANCE BURTON, on behalf of himself and all other similarly situated consumers, | ) ) ) | Case No.:  5:18-cv-110 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **STIPULATION OF DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) ) ) | |
| Defendants. | ) ) ) | |

It is hereby stipulated and agreed by and between counsel for Plaintiff TARRANCE

BURTON and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC, that Plaintiff

TARRANCE BURTON's individual claims are hereby dismissed with prejudice pursuant to

Rule 41(a) of the Federal Rules of Civil Procedure and, with all rights of appeal waived. All

claims of the putative class members are hereby dismissed without prejudice pursuant to Rule

41(a) of the Federal Rules of Civil Procedure.

Dated:  December 3, 2018                                    Respectfully submitted,


/s/ Ethan G. Ostroff                                       /s/ Daniel Zemel_____
Ethan G. Ostroff, Esq.                                     Daniel Zemel, Esq.
Troutman Sanders LLP                                       Zemel Law, LLC
222 Central Park Ave., Suite 2000                          1373 Broad Street, Suite 203C
Virginia Beach, VA 23462                                   Clifton, New Jersey 07013
Phone: (757) 687-7541                                      Phone:  (862) 227-3106
ethan.ostroff@troutmansanders.com                          dz@zemellawllc.com
Counsel for Defendant,                                     Counsel for Plaintiff,
Portfolio Recovery Associates, LLC                         Tarrance Burton

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2018 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

 s/ Daniel Zemel
Daniel Zemel, Esq.